# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.R., a minor, by and through his Guardian Ad Litem, DEBRA RUIZ, and DEBRA RUIZ, individually and as successor in interest to Ryan Christopher Ruiz Rodriguez, Deceased,<br><br>Plaintiffs<br><br>v.<br><br>COUNTY OF TULARE, CITY OF FARMERSVILLE, CITY OF VISALIA, and JOHN DOES 1-50, inclusive,<br><br>Defendants. | Case No: **1:16−CV−00570−AWI−SKO**<br><br>**ORDER GRANTING APPLICATION OF DEBRA RUIZ FOR APPOINTMENT AS GUARDIAN AD LITEM FOR R.R., A MINOR**<br><br>(Doc. 1-3) |

## ORDER APPOINTING GUARDIAN AD LITEM

Plaintiff R.R., a minor, filed a complaint on April 22, 2016, through his proposed guardian ad litem, Debra Ruiz, who is also a plaintiff in the action. (Doc. 1.) Ms. Ruiz, the grandmother of minor Plaintiff R.R., also submitted a petition to be appointed as R.R.'s guardian ad litem. (Doc. 1-3.) Minor Plaintiff R.R.'s natural mother, Rebecca Gutierrez, requested that Ms. Ruiz be appointed as R.R.'s guardian ad litem, and submitted a declaration that she is "aware of a potential conflict but have signed a waiver as this is in the best interest for my son." (Doc. 1-4.)

Good cause appears to appoint Plaintiff Debra Ruiz as minor Plaintiff R.R.'s guardian ad litem pursuant to Federal Rule of Civil Procedure 17(c)(2). Accordingly, IT IS HEREBY ORDERED that Debra Ruiz be APPOINTED as Guardian Ad Litem for R.R. in the above action.

IT IS SO ORDERED.

Dated: __**July 21, 2016**__                              /s/ *Sheila K. Oberto*
                                               UNITED STATES MAGISTRATE JUDGE