1

2

3                    **UNITED STATES DISTRICT COURT**

4                    **EASTERN DISTRICT OF CALIFORNIA**

5

6   **R.R. a minor by and through his guardian**        **CASE NO. 1:16-CV-0570  AWI SKO**
    **ad litem Debra Ruiz, et al.,**
7
                         **Plaintiff,**                  **ORDER DISMISSING DEFENDANT**
8                                                        **CITY OF VISALIA**
           **v.**
9
    **COUNTY OF TULARE, et al.,**                        **(Doc. No. 21)**
10
                         **Defendant.**
11

12

13          On August 9, 2016, Plaintiffs and Defendant the City of Visalia filed a stipulated dismissal

14   of the City of Visalia only.  See Doc. No. 21.  Although other defendants have filled answers, no

15   other defendant signed the stipulation.  To date, no other defendant has responded or objected to

16   the August 9 stipulation.

17          Federal Rule of Civil Procedure 41(a) "allows plaintiffs voluntarily to dismiss some or all

18   of their claims against some or all defendants."  Romoland Sch. Dist. v. Inland Empire Energy

19   Ctr., LLC, 548 F.3d 738, 748 (9th Cir. 2008).  Where a defendant has served an answer, but has

20   not signed a stipulation to dismiss, a plaintiff's voluntary dismissal of an "action" must be effected

21   through Federal Rule of Civil Procedure 41(a)(2).  See Fed. R. Civ. Pro. 41(a); Wilson v. City of

22   San Jose, 111 F.3d 688, 692 (9th Cir. 1999); Local 2-1971 of PACE Intl. Union v. Cooper, 364

23   F.Supp.2d 546, 551 (W.D. N.C. 2005); Sullivan b. Bankhead Enterprises, Inc., 108 F.R.D. 378,

24   382 (D. Mass. 1985).  Rule 41(a)(2) provides in pertinent part:  "Except as provided in Rule

25   41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that

26   the court considers proper."  Fed. R. Civ. Pro. 41(a)(2).  "A district court should grant a motion for

27   voluntary dismissal under Rule 41(a)(2) unless a defendant can show that it will suffer some plain

28   legal prejudice as a result."  Smith v. Lenches, 263 F.3d 972, 975 (9th Cir. 2001).

Here, this case is in the early stages of litigation.  No other defendant has objected or responded to the stipulated dismissal of the City of Visalia.  Given the time that has now passed, the Court will view stipulation as being unopposed.  So viewing the stipulation, there is no reason apparent to deny the stipulated dismissal.  <u>See</u> Fed. R. Civ. Pro. 41(a)(2); <u>Smith</u>, 263 F.3d at 975.

Accordingly, IT IS HEREBY ORDERED that pursuant to Rule 41(a)(2), Defendant the City of Visalia is DISMISSED from this action.

IT IS SO ORDERED.

Dated:   August 17, 2016          _____

SENIOR  DISTRICT  JUDGE