# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.R., a minor, by and through his Guardian Ad Litem, DEBRA RUIZ, and DEBRA RUIZ, individually and as successor in interest to Ryan Christopher Ruiz Rodriguez, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF TULARE, CITY OF FARMERSVILLE, and JOHN DOES 1-50, inclusive,<br><br>Defendants. | Case No. 1:16-cv-00570-AWI-SKO<br><br>**ORDER GRANTING IN PART THE PARTIES' STIPULATED REQUEST**<br><br>(Doc. 23) |

### ORDER

On August 30, 2016, the parties stipulated that Plaintiffs be permitted to file a First Amended Complaint. (Doc. 23.) The parties stipulated that the proposed First Amended Complaint attached to their stipulation be "deemed filed as of the date of the court's order approving the stipulation." (*See* Docs. 23, 23-1.)

Although the Court approves the parties' stipulation as it relates to the filing of an amended pleading, for purposes of docket management, the operative pleading must be filed on the docket separately. Thus, Plaintiffs must file their First Amended Complaint – the Court will not deem it filed.

//

//

Accordingly, IT IS HEREBY ORDERED that:

1. Within two (2) days from the date of this order, Plaintiffs shall file a First Amended Complaint conforming to the proposed amended complaint filed as an exhibit to the parties' stipulation; and

2. Within twenty (20) days from the date of this Order, Defendants shall file a responsive pleading to the First Amended Complaint.

IT IS SO ORDERED.

Dated:   **August 31, 2016**                              /s/ *Sheila K. Oberto*
                                                        UNITED STATES MAGISTRATE JUDGE