# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.R., a minor, by and through his guardian ad litem DEBRA RUIZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF TULARE, et al.,<br><br>Defendants. | Case No. 1:16-cv-00570-SKO<br><br>**ORDER DIRECTING CLERK TO CLOSE CASE**<br><br>**(Doc. 61)** |

On May 26, 2017, the parties filed a joint Stipulation for Dismissal with Prejudice, in which the parties notify the Court that this action is "dismissed with prejudice as to all defendants and causes of action." (Doc. 61 at 1.) This stipulation is signed by all parties who have appeared in this matter. (*See id.* at 2–3.) As such, this action has been voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court therefore DIRECTS the Clerk to close this case.

IT IS SO ORDERED.

Dated:  **May 31, 2017**                              /s/ *Sheila K. Oberto*
                                                                UNITED STATES MAGISTRATE JUDGE